| | |
|---|---|
| 1 | M. ELIZABETH DAY (SBN 177125) |
| 2 | eday@feinday.com |
|   | DAVID ALBERTI (SBN 220265) |
| 3 | dalberti@feinday.com |
| 4 | SAL LIM (SBN 211836) |
|   | slim@feinday.com |
| 5 | MARC BELLOLI (SBN 244290) |
| 6 | mbelloli@feinday.com |

M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
DAVID ALBERTI (SBN 220265)
dalberti@feinday.com
SAL LIM (SBN 211836)
slim@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
**FEINBERG DAY ALBERTI LIM & BELLOLI LLP**
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Tel: 650.618.4360
Fax: 650.618.4368

Attorneys for Uniloc 2017 LLC and
Uniloc Licensing USA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNILOC 2017 LLC and UNILOC LICENSING USA LLC, <br><br> Plaintiffs, <br> v. <br> NETFLIX, INC., <br><br> Defendant. | CASE NO. 8:18-cv-01899 <br><br> **FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 7.1-1 CERTIFICATION AS TO INTERESTED PARTIES** <br><br> **DEMAND FOR JURY TRIAL** |

Pursuant to Fed. R. Civ. P. 7.1, Uniloc 2017 LLC and Uniloc Licensing USA LLC identify the following entities:

- For Uniloc 2017 LLC: CF Uniloc Holdings LLC is the parent corporation
- For Uniloc Licensing USA LLC: None

Pursuant to Local Rule 7.1-1, the undersigned counsel of record for Uniloc 2017 LLC and Uniloc Licensing USA LLC, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate the possible disqualification or recusal:

- For Uniloc 2017 LLC: CF Uniloc Holdings LLC
- For Uniloc Licensing USA LLC: None

Dated: October 23, 2018  FEINBERG DAY ALBERTI LIM & BELLOLI LLP

By: */s/ M. Elizabeth Day*
M. Elizabeth Day
*Attorneys for Plaintiffs*
Uniloc 2017 LLC and Uniloc Licensing USA LLC